In the Matter of the Compulsory Accounting of EVERETT A. EISENBERG, as Administrator of the Estate of DAVID EISENBERG, Deceased, Appellant. DOROTHY DOUTHITT, Respondent.— An allegation in a petition, in a proceeding such as this, that the petitioner is a creditor of the estate, does not in and of itself suffice to establish the petitioner's right to maintain the proceeding as a creditor. The status of a "creditor" is not the same as that of a "person interested in the estate." (Cf. Surrogate's Ct. Act, § 314, subds. 3, 10; see *Matter of Leahy*, 184 Misc. 250.) The learned Surrogate should have conducted a hearing and determined, upon evidence there adduced, whether the petitioner was a creditor prima facie. (*Matter of Scheftel*, 150 Misc. 3; see *Matter of Ahrens*, 270 App. Div. 1038.) Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

(February 7, 1952.)

In the Matter of the APPOINTMENT OF A MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR FOR THE SECOND AND TENTH JUDICIAL DISTRICTS.— Present — Nolan, P. J., Carswell, Johnston, Adel, Wenzel, MacCrate and Schmidt, JJ.

(February 11, 1952.)

ANONYMOUS, Appellant-Respondent, v. ANONYMOUS, Respondent-Appellant. Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ. [See *ante*, pp. 746, 769.]

82–10 ROOSEVELT AVENUE, INC., Respondent, v. IRVING SACHS et al., Copartners Doing Business as SACHS BROS., Appellants.— Present — Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ.